Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JEFF L. BANKS, an individual;<br><br>Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company;<br><br>Defendants. | Case No.: 2:17-cv-02898-RFB-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT TRANS UNION LLC WITH PREJUDICE** |

Plaintiff, Jeff L. Banks ("Plaintiff"), and Defendant, Trans Union LLC ("Trans Union") (the "Parties") have resolved all claims, disputes, and differences between the Parties.

///

///

///

///

///

///

///

///

///

Therefore, Plaintiff and Trans Union, by and through their respective attorneys of record, and subject to the court's approval, respectfully request dismissal of the above-captioned matter with prejudice under FRCP 41(a) as to Trans Union, with Plaintiff and Trans Union bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: February 12, 2018

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: February 12, 2018

**LEWIS BRISBOIS BISGAARD
& SMITH LLP**

*/s/ Jason G. Revzin*
Jason G. Revzin, Esq.
Nevada Bar No. 8629
6385 South Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
jason.revzin@lewisbrisbois.com
*Attorneys for Defendant Trans Union LLC*

Dated: February 12, 2018

**NAYLOR & BRASTER**

*/s/ Andrew J. Sharples*
Jennifer L. Braster, Esq.
Nevada Bar No. 9982
Andrew J. Sharples, Esq.
Nevada Bar No. 12866
1050 Indigo Drive, Suite 200
Las Vegas, Nevada 89145
jbraster@nblawnv.com
asharples@nblawnv.com
*Attorneys for Defendant Experian Information Solutions, Inc.*

## ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION LLC

Pursuant to the stipulation of the Parties under FRCP 41(a), Trans Union is dismissed with prejudice. Plaintiff and Trans Union will bear their own attorneys' fees and costs incurred in this action.

**IT IS SO ORDERED:**

RICHARD F. BOULWARE, II
United States District Judge

DATED: February 13, 2018.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing **STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT TRANS UNION LLC WITH PREJUDICE** was electronically served to the following parties:

Jason G. Revzin, Esq.
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 South Rainbow Boulevard
Suite 600
Las Vegas, Nevada 89118
jason.reviz@lewisbrisbois.com
*Attorneys for Defendant Trans Union LLC*

Jennifer L. Braster, Esq.
Andrew J. Sharples, Esq.
**NAYLOR & BRASTER**
1050 Indigo Drive, Suite 200
Las Vegas, Nevada 89145
jbraster@nblawnv.com
asharples@nblawnv.com
*Attorneys for Defendant Experian Information Solutions, Inc.*

Dated: February 12, 2018

*/s/ Caesy Morales* .
An Employee of the Law Office of Kevin L. Hernandez